UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1A | | | Nabi to Torres email dated 10/3/18 Subj: FW: Bol Worksheet and attachment |
| 1B | | | Cans of Seized Baby Formula |
| 1E | | | Tropical Mktg & Distribution Agreement Renewal with Mead Johnson & Company, LLC dated 1/15/17 |
| 1F | | | Grobman house photos |
| 1G | | | Map of Grobman house |
| 1H | | | Nabi to George email dated 6/8/18 Subj: Clearance Documents PEVPAR03695- 1 X 40Ft Container amd attachments |
| 1I | | | Shafeek to Tariq, Lodhi and Doekhie email dated 1/25/18 Subj: Activity in Miami in my discussions with Raoul and Alberto Campos |
| 1J | | | Johnny G to Nabi email dated 3/15/18 Re: Dingo-Please Negotiate-This Would Be Our First Proforma-Possibly We Can Do This Every Month |
| 1M | | | Grobman to Nabi email dated 12/18/17 Re: Pls Pay Logistics Invoices |
| 1P | | | Torres to Nabi email dates 9/6/17 Re: 40Ft Lemare Container Loading Tomorrow Question |
| 1T | | | Nabi to Mahadew email dated 2/28/17 Re: General Mills-Tropical Marketing & Distribution NV: revisit |
| 1U | | | Johnny G to Nabi email dated 8/30/17 Re: Pls Pay Invoices-Demets PO 8136 |
| 1W | | | Anikina to Nabi email dated 10/19/17 Re: Richard Saka's Office (Secure Message) (Secure Message) and attachment |
| 1Z | | | Johnny G to Nabi email dated 4/17/18 Re: Pls Pay Invoices |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1BB | | | Johnny G to Grobman email dated 5/26/17 Re: 39492-Lemare Inv for Extra Charges on Cargo Purchased from L'Onda |
| 1DD | | | Johnny G to Tanne email dated 6/22/17 Subj: Mead needed and attachment |
| 1EE | | | Nabi to Torres email dated 4/30/15 Re: SEAL MACHINE |
| 1Alcon-A | | | Alcon and Tropical Mktg Distribution Agreement |
| 1Alcon-B | | | Alcon pictures |
| 1Alcon-C | | | 2014 Agreement |
| 1Alcon-D | | | Burneo to Nabi email dated 12/12/17 Re: Contact Lens Care Order Dec 2017 |
| 1Alcon-E | | | Nabi to Burneo email dated 3/22/18 Re: Meeting in Guatemala or Panama February-Tropical |
| 1Alcon-F | | | Artinano to Nabi email dated 6/13/17 Re: Rebate-Tropical Marketing (Vision Care only) and xlsx attachment |
| 1Alcon-I | | | Johnny G to Nabi email dated 12/28/16 Re: Alcon Vision Care Business Proposal |
| 1Alcon-L | | | Grobman to Nabi email dated 5/2/17 Re: Guys are you working? There are a millions things to coordinate and the office dont know what to do anymore. |
| 1Alcon-M | | | Tropical Letter to Alcon |
| 1Alcon-N | | | Alcon Invoices and Bill of Ladings |
| 1Domino-A | | | Metzger to Justin Fielder email dated 4/5/18 Subj: FW: Exports Monitoring-Tropical Marketing and attachments |
| 1Domino-D | | | Nabi to JohnnyG email dated 6/7/17 Subj: Fw: Scan Domino COA-50Lb and attachment |
| 1Domino-E | | | Johnny G to Mariam email dated 6/7/17 Subj: |
| 1Domino-F | | | Johnny G to Nabi email dated 6/7/17 Re: Scan Domino COA-50Lb |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1Domino-G | | | Johnny G to Nabi email dated 2/13/17 Subj: Domino Sugar |
| 1Domino-H | | | Nabi to Johnny G email dated 2/13/17 Subj: Sugar Domino pricing 2/13/17 and xlsx attachment |
| 1Domino-I | | | Haratz to Johnny G email dated 2/14/17 Re: Quotation of sugar and PAN flour |
| 1Domino-J | | | Domino Invoices |
| 1Domino-K | | | Domino Contract Confirmation Export Sale |
| 1Eden-A | | | Eden Invoices, PO# and bill of ladings |
| 1Eden-B | | | Eden price list |
| 1Eden-G | | | Nabi to Potter email dated 3/17/17 Re: Eden Export Prices-Requirements and Surety |
| 1Eden-H | | | Tropical Account Prospectus |
| 1GM-A | | | Nabi to Import@tropical email dated 8/1/17 Re: Siemens-audit-STO Invoices 2017 |
| 1GM-B | | | Mariam to Edgar email dated 2/20/18 Re: Acco For Suriname and attachment |
| 1GM-C | | | Import@tropical to Kasto email dated 12/1/16 Subj: Fw: Important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment |
| 1GM-D | | | Kuplack to Grobman email dated 4/918 Re: Slim Jim |
| 1GM-E | | | Kuplack to Johnny G email dated 5/25/18 Re: Can you do Oberto? Can we start? |
| 1GM-F | | | Nabi to Johnny G email dated 12/20/16 Re: Sha, what did you find out on Detour Bars? |
| 1GM-G | | | Nabi to Johnny G email dated 11/30/17 Re: proofs of export |
| 1GM-J | | | Nabi to Johnny G email dated 8/1/17 Re: What happened to the Libman order? A good? |
| 1GM-K | | | Johnny G to Nabi email dated 8/4/17 Re: Demets-whats going on with this one? Did we not paid it? |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1GM-L | | | Johnny G to Nabi email dated 5/8/17 Re: PO 7931 -- litte tree |
| 1GM-M | | | Grobman to Nabi email dated 6/15/17 Re: Atkins PO 8817-Is This on its way? |
| 1GM-N | | | Nabi to Johnny G email dated 2/7/17 Re: Detour Contact |
| 1GM-P | | | Johnny G to Nabi email dated 11/30/16 Re: important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment |
| 1GM-Q | | | Johnny G to Nabi email dated 11/30/16 Re: important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment |
| 1GM-R | | | Kuplack to Grobman email dated 11/14/16 Re: Pringles FOB MIA |
| 1GM-V | | | Grobman to Nabi email dated 2/19/18 Re: Mead Acco Visiting Suriname |
| 1GM-W | | | Grobman to Knudsen email dated 2/8/18 Re: mead |
| 1GM-X | | | Johnny G to Kalil email dated 3/28/18 Re: Scrub Daddy |
| 1GM-Y | | | Garvey to Johnny G email dated 3/27/18 Re: Slimfast Bars-nothing? |
| 1GM-AA | | | Johnny G to Beck email dated 3/24/17 Re: questions my customer is asking on the energizer Please let me know |
| 1Mead-A | | | Copy of List of Entries xlsx |
| 1Mead-B | | | Baby Formula CBP Import Documents |
| 1Mead-C | | | CBP Import Documents |
| 1Mead-E | | | CBP Custom Documents |
| 1Mead-F | | | CBP Custom Documents |
| 1Mead-G | | | CBP Custom Documents |
| 1Mead-H | | | CBP Custom Documents |
| 1Mead-J | | | CBP Custom Documents |
| 1Mead-K | | | CBP Custom Documents |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1Mead-L | | | CBP Custom Documents |
| 1Mead-M | | | CBP Custom Documents |
| 1Mead-N | | | CBP Custom Documents |
| 1Mead-O | | | CBP Custom Documents |
| 1Mead-P | | | CBP Custom Documents |
| 1Mead-Q | | | CBP Custom Documents |
| 1Mead-R | | | CBP Custom Documents |
| 1Mead-S | | | CBP Custom Documents |
| 1Mead-T | | | CBP Custom Documents |
| 1Mead-U | | | CBP Custom Documents |
| 1Mead-V | | | CBP Custom Documents |
| 1Mead-W | | | CBP Custom Documents |
| 1Mead-Z | | | Grobman to Brophy email dated 8/11/15 |
| 1Mead-AA | | | Grobman to Doekhie email dated 7/24/13 |
| 1Mead-CC | | | Grobman to LeMare, Dokhie, Brophy and Tuohy email dated 7/3015 |
| 1Mead-EE | | | Torres to Grobman email dated 4/25/13 and attachments |
| 1Mead-II | | | Doekhie to Brophy email dated 9/4/13 and attachments |
| 1Mead-JJ | | | Grobman to Brophy email dated 8/6/15 |
| 1Mead-MM | | | Torres to Doekhie email dated 9/6/13 and xls attachment |
| 1Mead-NN | | | Grobman to Doekhie email dated 7/31/15 |
| 1Mead-OO | | | Grobman to Brophy email dated 8/15/13 |
| 1MJN-1 | | | Doekhie to Grobman email dated 1/10/18 Subj: Fwd: Gypsum & Compound and xlsx attachment |
| 1MJN-2 | | | Nabi to George(PRIVE) email dated 10/23/17 Subj: Inklaringsstukken Pevrar02893-4x45 Ft. |
| 1MJN-3 | | | Trade Register for Tropical Marketing & Distribution N.V. |
| 1MJN-4 | | | Baby formula photos |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1MJN-5 | | | Campos to Grobman email dated 3/5/18 Re: J Trading LLC/Nutrisource LLC |
| 1MJN-6 | | | Tropical 2007 Agreement |
| 1MJN-7 | | | Nabi to Torres email dated 3/20/18 Re: Cargo Now at Lemare |
| 1MJN-8 | | | Grobman to Campos email dated 5/21/18 Subj: Pre Settlement-3806-Please Adjust Invoices To Show This, Want to Import With Full Cost Including All of your Part From Now On and attachments |
| 1MJN-10 | | | Nabi to Miller email dated 8/29/17 |
| 1MJN-13 | | | Nabi to Johnny G email dated 5/10/18 Re: Settlement 805-Please Invoice Just the Balance of what was not invoiced via customs invoices-even thou I will wire what it says here $239,282.64 |
| 1MJN-14 | | | Doekhie to Danny email dated 3/1/17 Re: please check |
| 1MJN-15 | | | Miller to Doekhie email dated 2/22/17 Re: Will call to Discuss and attachments |
| 1MJN-16 | | | Doekhie to LeMareTransport email dated 2/10/17 Re: All going good re Nn |
| 1MJN-18 | | | Torres to Nabi email dated 5/23/17 Re: 39421/3795-Wire for Profit on Enfamil |
| 1MJN-22 | | | Johnny G to Nabi email dated 10/20/17 Re: Pls Pay 09-0301 PO3800 NN |
| 1MJN-23 | | | Doekhie to LeMareTransport email dated 10/9/17 Re: Nn |
| 1MJN-24 | | | Nabi to Doekhie email dated 9/15/17 Re: Enfamil Heads Up |
| 1MJN-25 | | | Torres to Doekhie email dated 1/2/18 Re: Compound |
| 1MJN-26 | | | Torres to Nabi email dated 12/8/17 Subj: Enfamil |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1MJN-27 | | | Doekhie to LeMareTransport email dated 11/29/17 Re: Enfamil |
| 1MJN-28 | | | Torres to Doekhie email dated 11/20/17 Re: Inbound Enfamil From Suriname |
| 1MJN-30 | | | Doekhie to Danny email dated 3/20/18 Re: Joint Compound at Lemare |
| 1MJN-37 | | | Grobman to Campos email dated 5/18/18 Subj: Revised Invoices to Import Formula for The 2 Bols-Please Acknowledge Recipts and attachments |
| 1MJN-38 | | | Torres to Nabi email dated 5/22/17 Subj: 39421/3795-Wire for Profit on Enfamil and attachments |
| 1MJN-39 | | | Torres to Doekhie email dated 1/13/17 Subj: Huge Isuue on Toddler Vanilla and xlsx attachments |
| 1MJN-42 | | | Nabi to Grobman email dated 2/28/17 Re: Settlement 92-Please Invoice and attachment |
| 1MJN-43 | | | Johnny G to Nabi email dated 2/13/17 Re: Mead Johnson-Non Gmo Skus for Suriname |
| 1MJN-46 | | | Grobman to Mitch email dated 11/29/16 Re: 1791317 and attachment |
| 1MJN-50 | | | Johnny G to Doekhie email dated 5/14/18 Re: NN 1613806, NN 2313806, NN 7723806, NN 8783806 and attachment |
| 1MJN-52 | | | Doekhie to Campos email dated 5/11/18 Subj: NN 1613806, NN 2313806, NN 7723806, NN 8783806 and attachments |
| 1MJN-53 | | | Johnny G to LeMareTransport email dated 5/4/18 Re: Enfamil Question |
| 1MJN-54 | | | Nabi to Jhonny G email dated 5/1/16 Re: Please Pay Inv 1069-PO3806 NN |
| 1MJN-55 | | | Johnny G to LeMareTransport email dated 4/30/18 Re: 40364-4Seaboard Containers Arriving 5/2/18 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1MJN-56 | | | Johnny G to LeMareTransport email dated 4/30/18 Re: 40363-Urgent 2 X Seaboard Containers Arriving 5/2/18 |
| 1MJN-57 | | | Tuohy to Danny email dated 2/7/18 Re: Enfamil |
| 1MJN-58 | | | Nabi to Grobman email dated 1/19/18 Re: NN to Send to TMD-There Will Be 84 Cs of Each of these 2 Items When They Get Released-We Should Send To You Correct? |
| 1MJN-59 | | | Grobman to Danny email dated 1/19/18 Subj: Fwd: 39927-Enfamil Wr's and attachments |
| 1MJN-62 | | | Mostajo to Johnny G email dated 3/24/17 Subj: Enfamil and attachment |
| 1MJN-63 | | | Montajo to Johnny G email dated 3/17/17 Re: Please save it without the title and send it to me again and attachment |
| 1MJN-65 | | | Nabi to Grobman email dated 12/7/16 Re: Settlement Mead 3789-Please Send Final Invoice-Will Wire You Tomorrow and attachment |
| 1MJN-66 | | | Grobman to Mitvch email dated 12/6/16 Re: paperwork needed and attachment |
| 1MJN-67 | | | Johnny G email dated 12/6/16 and attachment |
| 1MJN-68 | | | Johnny G to Doekhie email dated 11/28/16 Re: Lot plus exp |
| 1MJN-69 | | | Doekhie to Grobman email dated 11/28/16 Subj: Lot plus exp and attachment |
| 1MJN-70 | | | Grobman to Mitch email dated 3/23/17 Subj: Mead Info Requested and attachment |
| 1MJN-73 | | | Tuohy to Johnny G email dated 3/20/18 Re: Baby Formula |
| 1MJN-78 | | | Johnny G to Victoriat email dated 5/2/18 Subj: NN 0703805, NN 1273805, NN 1733805, NN 2933805, NN 8003805, NN 8593805-baby formula invoices and BOLs and attachments |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1MJN-80 | | | Tuohy to Campos email dated 5/1/18 Subj:   NN 0703805, NN 1273805, NN 1733805, NN 2933805, NN 8003805, NN 8593805-baby formula invoices and BOLs and attachments |
| 1MJN-82 | | | Pichardo to Doekhie email dated 8/14/17 Re: MJN Soa Tropical Mktg/Distribution 14.08.2017 |
| 1MJN-83 | | | Ortiz to Paty email dated 7/18/16 Subj: Fw: Carca Audit Surinam Government Tender and attachments |
| 1MJN-84 | | | De la Rosa to Reyes Medina email dated 10/24/16 Subj: Re: Customer Financial Stetements Needed-Mead Johnson Nutrition USA and attachment |
| 1MJN-85 | | | Pichardo to Paty email dated 3/23/18 Subj: Re: Info request Caribbean Markets |
| 1MJN-86 | | | Pichardo to Paty email dated 11/14/18 Re: Suriname Scanned Documents -PO3808 as example |
| 1MJN-87 | | | Paty to Valverde email dated 10/23/18 Subj; Market research Suriname |
| 1MJN-89 | | | Nabi to Doekhie email dated 4/22/14 Subj: Carca Audit Surinam Government Tender |
| 1MJN-91 | | | Nabi to Paty email dated 3/15/18 Subj: Re: Suriname Workings and attachment |
| 1MJN-92 | | | Mandan to Khan email dated 4/19/18 Subj: Requested File -PO 3791 and attachments |
| 1MJN-93 | | | Matias to Paty email dated 12/5/17 Subj: Re: Enfamil Infant PWD 12.5 Oz (6Can) US-Suriname |
| 1MJN-94 | | | Nabi to De La Rosa email dated 10/23/17 Subj: Re: MJN SOA Tropical Mktg/Distribution 23.10.2017 and attachment |
| 1MJN-95 | | | Khan to Nabi email dated 11/20/18 Subj: New Label Enfamil and attachments |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1MJN-98 | | | Khan to Soto email dated 11/20/18 Re: New Label Suriname and attachment |
| 1MJN-99 | | | Khan to Nabi email dated 11/20/18 Subj: Re: [External] Re: New Label Enfamil |
| 1MJN-100 | | | Victory Wholesale Group Purchase Orders |
| 1MJN-101 | | | Documents from Victory Wholesale Group |
| 1MJN-109 | | | MJN Export Invoices 2013-2018 |
| 1MJN-110 | | | MJN Invoices from 2013 to 2018 |
| 1MJN-111 | | | Summary Chart |
| 1STO-A | | | Sto Trade Register |
| 1STO-B | | | Nabi to Miller and Perez Rosado email dated 10/27/17 Re: Proforma invoices for Suriname November and December orders |
| 1STO-C | | | Nabi to Doekhie email dated 1/6/17 Subj: check aub and attachment |
| 1STO-D | | | Gamal to Iribarne email dated 5/2/17 Subj: Maxitrol -Suriname |
| 1STO-E | | | Nabi to Import email dated 4/7/17 Re: Important Recall |
| 1STO-F | | | Nabi to Gamal email dated 1/6/17 Re: Law re import of pharmaceuticals/OTC etc and attachment |
| 1STO-I | | | Doekhie to Grobman email dated 3/1/18 Re: Returned |
| 1STO-J | | | Grobman to Nabi email dated 2/27/18 Re: comments BD and attachment |
| 1STO-K | | | Grobman to Nabi email dated 2/22/18 Re: Suriname tender office |
| 1STO-L | | | Grobman to Doekhie email dated 2/22/18 Subj: Fw: Test |
| 1STO-M | | | Grobman to Nabi email dated 2/22/18 Re: STO |
| 1STO-N | | | Nabi to Alvin, Doekhie email dated 2/22/18 Re: concept ontwerp STO and attachment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---------|--------------|----------|-------------|
| 1STO-O | | | Grobman to Nabi email dated 2/21/18 Subj: STO and attachment |
| 1STO-P | | | Doekhie to Grobman email dated 2/21/18 Re: Suriname tender office |
| 1STO-S | | | Capezzani to Nabi email dated 2/19/18 Re: Tropical Marketing-Suriname |
| 1STO-T | | | Hudson to Nabi email dated 2/15/18 Re: Atkins Back Order |
| 1STO-U | | | Nabi to Hudson email dated 2/6/18 Re: Invoice for PO 8387 |
| 1STO-V | | | Nabi to Capezzani email dated 2/5/18 Re: Introduction Tropical and attachment |
| 1STO-X | | | Doekhie to Nabi email dated 2/1/18 Subj: sto and attachment |
| 1STO-Z | | | Nabi to Abogabir email dated 1/29/18 Re: Hanes-Tropical Marketing & Distribution NV: New PO#8496 |
| 1STO-AA | | | Sanchez to Nabi email dated 1/26/18 Re: Natrol - Tropical Marketing & Distribution NV-PO#8275 |
| 1STO-BB | | | Nabi to Gutierrez email dated 1/25/18 Re: Estimate of Orders for January 2018 -Tropical-AWM |
| 1STO-DD | | | Nabi to Tamura email dated 1/23/18 Re: Urgent - Request Information |
| 1STO-GG | | | Doekhie to Grobman email dated 6/12/18 Re: Sto office we will rent |
| 1STO-II | | | Doekhie to Grobman email dated 6/12/18 Re: Sto office we will rent |
| 1STO-KK | | | Doekhie to Grobman email dated 6/11/18 Re: Sto office we will rent and attachments |
| 1STO-LL | | | Nabi to Grobman email dated 2/27/18 Re: Suriname tender office |
| 1STO-MM | | | Nabi to Johnny G email dated 2/2/18 Re: Natrol-Negotiated Pricing |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 1STO-NN | | | Nabi to Johnny G email dated 1/23/18 Re: Gumout Need Good Price to do Volume |
| 1STO-OO | | | Johnny G to Nabi email dated 11/1/17 Re: Mead Acco-Please Quote Best Prices-tell Them It's a New Proforma for Tender? |
| 1STO-PP | | | Nabi to Johnny G email dated 12/18/17 Re: PO Newmont002-Nature's Bounty-Tropical Marketing & Distribution NV New PO#Newmont-002 |
| 2B | | | Johnny G to Nabi email dated 2/1/2017 re: PO 7749 Eden Food |
| 2C | | | Nabi to Rickmon email dated 2/3/2017 re: Grey Market Avoidance/Proof Necessary |
| 2D | | | Import to Rickmon email dated 2/6/2017 re: EDENFOODS-Tropical Marketing & Distribution NV-BOL 7599/7635A/7635B/7672/7549 and attachments |
| 2F | | | Nabi to Potter email dated 2/8/2017 re: EDENFOODS-Tropical Marketing & Distribution NV-BOL 7599/7635A/7635B/7672/7549 |
| 2H | | | Nabi to Grobman email dated 2/13/2017 Re: MT Olive |
| 2M | | | Nabi to Mahadew email dated 2/15/2017 re: Eden Export Prices-Requirements ans Surety & attachment Tropical Marketing Export Prices letter |
| 2N | | | Nabi to Johnnyg email dated 3/31/2017 re: Eden Export Prices-Afidavit of Qualification & attachments |
| 2P | | | Nabi to Grobman email dated 4/5/2017 re: Eden Export Prices-Affidavit of Qualification |
| 2R | | | Nabi to Doekhie email dated 2/15/2017 re: Eden Export Prices-Requirements and Surety |
| 3A | | | PO 3792 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 3B | | | Johnny G to Nabi email dated 2/15/2017 re: NN3792 |
| 3C | | | Nabi to George (PRIVE) email dated 2/23/2017 re: PEVPAR02067 Clearance Documents - 4x45 Ft Container and attachments |
| 3D | | | Torres to Nabi email dated 2/15/2017 re: 39212/3792-Lemare Final Doc's for Enfamil and attachments |
| 3E | | | Torres to Nabi email dated 2/15/2017 re: 39212/3792-Enfamil Container Info & Pics and attachments |
| 3L | | | Tropical Invoice 01-0033F |
| 4E | | | PO 3796 |
| 4F | | | Torres to Doekhie email dated 6/22/17 re: 39536-Enfamil Individual Container Info and attachments |
| 4G | | | Torres to Doekhie email dated 6/22/17 re: 39536 / 3796 Enfamil Mail Doc's and attachments |
| 4H | | | Nabi to George (PRIVE) email dated 6/29/17 re: Inklaringsstukken pevpar02477-4 x 45FT and attachments |
| 5A | | | Nabi to Torres email dated 8/11/17 re: Domino-Tropical Marketing & Distribution NV PO# 39645 A&B - Payment |
| 5B | | | Bill of Lading PEVPAR02440 |
| 6B | | | PO# 3798 |
| 6C | | | Torres to Dokhie email dated 8/16/17 re: 39678/3798-Enfamil Load Sheets and attachments |
| 6D | | | Nabi to Grobman email dated 9/27/17 re: PLS PAY 09-0300 PO 3798-3799 NN and attachment |
| 6F | | | AES |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 6G | | | Tropical Mktg PO# 3798/2017 |
| 6H | | | Tuohy to Nabi email dated 5/15/18 re: Revised invoice 3798-99 |
| 6I | | | Tropical Mktg invoice 09-300 9/15/17 |
| 6J | | | Nabi to Grobman email dated 9/27/17 re: PLS PAY 09-0300 PO 3798-3799 NN and attachment |
| 6K | | | Doekhie to Danny Le Mare email dated 8/16/17 re: If you received this please call me. 3055281425 and attachment |
| 6L | | | Torres to Doekhie email dated 8/16/17 re: 39678/ 3798- Enfamil Load Sheets and Attachments |
| 6M | | | Torres to Doekhie email dated 8/16/17 re: Nn |
| 7A | | | Entry# AV3-0046533-1 dated 12/1/17 |
| 7B | | | Entry# AV3-0046534-9 dated 12/4/17 |
| 7C | | | Entry# AV3-0046534-9 dated 12/4/17 |
| 7D | | | Entry# AV3-0046534-9 dated 12/4/17 |
| 7E | | | Entry# AV3-0046534-9 dated 12/4/17 |
| 7F | | | Entry# AV3-0046534-9 dated 12/4/17 |
| 7G | | | Entry# AV3-0046535-6 dated 12/5/17 |
| 7H | | | Entry# AV3-0046535-6 dated 12/5/17 |
| 7I | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7J | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7K | | | Entry# AV3-0046536-4 dated 12/5/17 |
| 7L | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7M | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7N | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7O | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7P | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7Q | | | Entry# AV3-0046536-4 dated 12/6/17 |
| 7R | | | Entry# AV3-0046537-2 dated 12/4/17 |
| 7S | | | Tropical Mktg PO#  3799/2017 |
| 7U | | | AES Response and PO# 3799/2017 docs |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 7V | | | Mead Johnson Invoice # 94149543 for PO# 3799 / 17 |
| 7W | | | Mead Johnson PO# 3799/2017 Order Acknowledgement |
| 7X | | | Sean Brophy Entry #AV3-0046533-1 |
| 7Y | | | MJN Certificates of  Analysis P0#3799 and Export Certificates P0#3799 |
| 7Z | | | Johnny G to Nabi email dated 11/17/17 re: Certificaten 3799 |
| 7AA | | | Torres to Nabi email dated 9/22/17 Re: 39790/3799 Lemare Inv and Doc's for 5X Enfamil Containers Sailing 9/28/17 Via King Ocean and attachments |
| 7CC | | | Torres to Doekhie email dated 11/20/17 re: Inbound Enfamil from Suriname |
| 7EE | | | Miller to Doekhie email dated 9/25/17 Subj: Final Documents and attachment |
| 7FF | | | Nabi to Grobman email dated 9/27/17 Subj: Pls Pay 09-0300 PO3798-3799 NN and attachment |
| 7GG | | | PO # 3799 |
| 7II | | | Grobman to Nabi email dated 9/28/17 Subj: Tropical Adv Pmt on Mead Inv09-300-98/99 Please Registar |
| 7JJ | | | Doekhie to allfreightbroker email dated 2/23/17 Subj: Gewijzigde bol and attachment |
| 7LL | | | Nabi to George (Prive) email dated 10/6/17 Subj: Inklaringsstukken Pevpar02840 5X5 Container and attachments |
| 7NN | | | Allfreightbroker to Doekhie email dated 10/24/17 Subj: IR PEVPEAR 02893 and attachment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 7PP | | | Grobman to Danny Le Mare email dated 2/13/18 Subj: Re 39943-1 Lemare Inv for: Storage of 5 Enfamil Containers PO 3799 Received on Nov 17, 2017 and Released on Jan 22, 2018 |
| 7QQ | | | Doekhie to Brophy email dated 10/16/17 Sub: NN 4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 and attachments |
| 7RR | | | Johnny G to Brophy Re: NN 4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 |
| 7SS | | | Torres to Johnny G email dated 11/2/17 Re: 39882 - Lemare Inv & WR# W3602 All Freight Services to Jtrading 666 Ctns on 10 Plts Opti-Free |
| 7UU | | | Tuohy to Brophy email dated 11/9/17 Re: SBG/00251/MIA. SML Arrival Notice |
| 7VV | | | Auto-notify to Victoriat email dated 11/15/17 Subj: Invoice-0046536, CR# 9593799 and attachment |
| 7WW | | | Torres to Johnny G email dated 11/17/17 re: Inbound Enfamil from Suriname |
| 7ZZ | | | Grobman to Danny Le Mare email dated 1/19/18 Re: 39927-Enfamil WR's |
| 7AAA | | | Johnny G to Nabi email dated 5/1/18 Subj: Fwd: NN4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 and attachments |
| 8A | | | Grobman to Goodson email dated 4/12/18 Re: Alcon Systane in Stock-Printed with "Institutional" Word-Let me Know and attachments |
| 8C | | | Doekhie to Johnny G email dated 3/23/18  re: Alcon Systane in Stock-Printed with "Institutional" Word-Let me Know what we will do |
| 8D | | | Johnny G to Murtha email dates 3/23/18 Re: PO#6079 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---------|--------------|----------|-------------|
| 8X | | | Johnny G to Grobman email dated 3/26/18 Re: Alcon Systane in StockPrinted with "Institutional" Word-Let me Know |
| 9A | | | Doekhie to Johnny G email dated 3/23/18 Re: Alcon Systane Imported-Printed with "Institutional" Word-Let me know what we will do |
| 10A | | | BOA x3375 |
| 10B | | | UBS x9121 |
| 10C | | | Summary Chart for Count 10 |
| 11A | | | UBS x9123 |
| 11B | | | Summary Chart for Count 11 |
| 12A | | | UBS X 9122 |
| 12B | | | Summary Chart for Count 12 |
| 13A | | | BOA x0268 |
| 13B | | | BOA x9476 |
| 13C | | | Summary Chart for Count 13 |
| 14A | | | BOA x3075 and UBS 3377 and mortgage/loan docs |
| 14B | | | Summary Chart for Count 14 |
| 15A | | | BOA x0268 |
| 15B | | | BOA x9463 |
| 15C | | | Summary Chart for Count 15 |
| 16A | | | UBS x3918 |
| 16B | | | Summary Chart for Count 16 |
| 17A | | | BOA x3836 |
| 17B | | | Merril Lynch x3274 |
| 17C | | | Summary Chart for Count 17 |
| 18A | | | BOA x9650 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 18B | | | Regions x2316 |
| 18C | | | Summary Chart for Count 18 |
| 19A | | | BOA x4558 |
| 19B | | | Summary Chart for Count 19 |
| 20 | | | |
| 22A | | | PO # 3791 |
| 22B | | | Mead Johnson Invoice 93737362 dated 2017-01-06 - PO# PO-3791 |
| 22E | | | A.E.S. Response |
| 22G | | | Mead Johnson Invoice 93779786 dated 30-01-2017 - PO# PO-3791 |
| 22H | | | Mead Johnson Order Acknowledgement PO# 3791 |
| 22I | | | PO #3792 |
| 22O | | | Torres to Doekhie email dated 1/13/17 Subj: 39123/3791 Enfamil Container Docs and attachments |
| 22P | | | Doekhie to Danny Le Mare email dated 1/13/17 Re: 39123/3791 Enfamil Container Docs |
| 23A | | | PO #3792 |
| 23C | | | A.E.S. Report |
| 23E | | | Mead Johnson Export Invoice 93794269 dated 08-02-2017 PO-3792 |
| 23F | | | Mead Johnson Order Acknowledgement PO# 3792 |
| 23G | | | Nabi to JohnnyG email dated 1/29/17 Subj: Pls Pay 01-0033 PO3792 NN and attachment |
| 23H | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Enfamil Container Info & Pics and attachments |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 23I | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Lemare Final Doc's for Enfamil and attachments |
| 23J | | | Johnny G to Nabi email dated 2/15/17 Re: NN3792 |
| 23K | | | Nabi to Grobman email dated 2/28/17 Re: Settlement 92 - Please Invoice and attachment |
| 24A | | | PO# 3793 |
| 24E | | | Mead Johnson Export Invoice 93852017 dated 16-03-2017 PO# 3793A/2017 |
| 24H | | | A.E.S. Response |
| 24K | | | Mead Johnson Order Acknowledgement - PO# 3793 |
| 24L | | | Torres to Doekhie email dated 2/22/17 Subj: Sheetrock at Lemare |
| 24M | | | Nabi to Torres email dated 3/15/17 Re: Enfamil PO 3793 at Lemare |
| 24N | | | Nabi to Johnny G email dated 3/6/17 Subj: Pls Pay 03-0088 PO3793 NN and attachment |
| 25 | | | Mead Johnson invoice 93843071 dated 2017-03-14 PO# 3793A/2017 |
| 25A | | | PO # 3793-A |
| 25C | | | Torres to Nabi email dated 3/3/17 Subj: 39270-3793A Enfamil Wire and attachments |
| 25D | | | Nabi to George (Prive) email dated 4/1/17 Subj: Inklaringsstukken Pevpar02160 - 4x45Ft and attachments |
| 26A | | | PO # 3794 - April Order Revised |
| 26D | | | A.E.S. Report |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---------|--------------|----------|-------------|
| 26F | | | Mead Johnson Export Invoice 93887704 dated 06-04-2017 PO# 3794/2017 |
| 26H | | | Mead Johnson Order Acknowledgement PO# 3794 |
| 26I | | | Nabi to George (PRIVATE) email dated 4/22/17 Subj: PEVPAR02232 Clearance Documents - 4x45ft containers and attachments |
| 26J | | | Nabi to George (PRIVATE) email dated 4/22/17 Subj: PEVPAR02232 Clearance Documents - 4x45ft containers and attachments |
| 27A | | | PO # 3795/17 |
| 27D | | | A.E.S. Report |
| 27F | | | Mead Johnson Export Invoice 93943393 dated 11-05-2017 PO# 3795/2017 |
| 27G | | | Mead Johnson Order Acknowledgement - PO# 3795 - Dated Apr-17 |
| 28 | | | Mead Johnson invoice 93980520 dated 2017-06-12 PO# 3796/2017 |
| 28A | | | PO # 3796 |
| 28F | | | Nabi to George (PRIVE) email dated 6/29/17 Subj: Pevpar02477 Clearance Documents - 4x45 ft and attachments |
| 29A | | | PO #3797 |
| 29D | | | A.E.S. Response |
| 29F | | | Mead Johnson Export Invoice 94045264 dated 14-07-2017 PO# 3797/2017 |
| 29G | | | Mead Johnson Order Acknowledgement PO# 3797 dated Jun-17 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 29I | | | Torres to Doekhie email dated 7/24/17 Subj: 39623/3797 - Enfamil Container Doc's and attachments |
| 29J | | | Torres to Doekhie email dated 7/24/17 Subj: 39623/3797 - Balance of Enfamil Container Doc's and attachments |
| 29L | | | Grobman to Doekhie email dated 7/25/17 Subj: Tropical - 2nd Adv Mead Inv07-0225 PO3797 NN **Please Register 2nd Payment - $600K up Till Now** |
| 30B | | | Bill of lading 2-16-17 |
| 30I | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Enfamil Container Info & Pics and attachments |
| 30J | | | Le Mare Transportation Pick up Order dated 2/13/17 |
| 30K | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Lemare Final Doc's for Enfamil and attachments |
| 30L | | | Johnny G to Nabi email dated 2/15/17 Re: NN3792 |
| 30M | | | Nabi to George (PRIVATE) email dated 2/12/17 Subj: Inklaringsstukken Pevpar02067- 4x45Ft and attachments |
| 30O | | | Nabi to Johnny G email dated 2/14/17 Subj: Fwd: NN3792 and attachment |
| 30P | | | PO # 3792 |
| 30Q | | | Certified copy of AES filing |
| 31C | | | Torres and Doekhie email dated 6/22/17 Subj: 39536-Enfamil-Individual Container Info and attachments |
| 31D | | | Torres to Doekhie email dated 6/22/17 Subj: 39536/3796-Enfamil Mail Doc's and attachments |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET AL.

| EXHIBIT | Date Offered | Admitted | DESCRIPTION |
|---|---|---|---|
| 31E | | | Nabi to George (PRIVATE) email dated 6/29/17 Subj: Pevpar02477 Clearance Documents- 4x45Ft and attachments |
| 31H | | | J Trading Invoice 39536003 dated 16-Jun-17 |
| 31I | | | King Ocean Bill of Lading |
| 31M | | | J Trading Invoice 39536004 dated 16-Jun-17 |
| 31N | | | J Trading Invoice 39536002 dated 16-Jun-17 |
| 31O | | | J Trading Invoice 39536001 dated 16-Jun-17 |
| 31Q | | | PO#3797 |
| 31R | | | Certified copy of AES filing |