UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1A | | | Nabi to Torres email dated 10/3/18 Subj: FW: Bol Worksheet and attachment | GRD-000050202-05 |
| 1B | | | Cans of Seized Baby Formula | |
| 1C | | | Johnny G to Doekhie email dated 7/18/17 Subj: FW: Nature Bounty | SWE-00494969-70 |
| 1D | | | Nabi to LeMare Transport email dated 12/13/17 Re: Nature Bounty Tropical Marketing & Dist.-AP 86255 | SWE-00716835-38 |
| 1E | | | Tropical Mktg & Distribution Agreement Renewal with Mead Johnson & Company, LLC dated 1/15/17 | GRD-000001127-47 |
| 1F | | | Grobman house photos | GRD-0000050266-69 |
| 1G | | | Map of Grobman house | GRD-0000050265 |
| 1H | | | Nabi to George email dated 6/8/18 Subj: Clearance Documents PEVPAR03695- 1 X 40Ft Container amd attachments | SWE-00185837-41 |
| 1I | | | Shafeek to Tariq, Lodhi and Doekhie email dated 1/25/18 Subj: Activity in Miami in my discussions with Raoul and Alberto Campos | SWE-00349960 |
| 1J | | | Johnny G to Nabi email dated 3/15/18 Re: Dingo-Please Negotiate-This Would Be Our First Proforma-Possibly We Can Do This Every Month | SWE-00381696-97 |
| 1K | | | Tannco Invoices | Various |
| 1L | | | Doekhie to Grobman email dated 3/26/18 Re: Cominex | SWE-01766951-2 |
| 1M | | | Grobman to Nabi email dated 12/18/17 Re: Pls Pay Logistics Invoices | SWE-00416773-74 |
| 1N | | | Tuohy to Campos email dated 3/26/18 Subj: Cominex and attachment | SWE-01767176-86 |
| 1O | | | Nabi to Doekhie email dated 4/30/15 Re: Seal Machine | GRO-010006-7 |
| 1P | | | Torres to Nabi email dates 9/6/17 Re: 40Ft Lemare Container Loading Tomorrow Question | SWE-00439491 |
| 1T | | | Nabi to Mahadew email dated 2/28/17 Re: General Mills-Tropical Marketing & Distribution NV: revisit | SWE-00583121-47 |
| 1U | | | Johnny G to Nabi email dated 8/30/17 Re: Pls Pay Invoices-Demets PO 8136 | SWE-00737112-14 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1W | | | Anikina to Nabi email dated 10/19/17 Re: Richard Saka's Office (Secure Message) (Secure Message) and attachment | SWE-01070809-14 |
| 1Z | | | Johnny G to Nabi email dated 4/17/18 Re: Pls Pay Invoices | SWE-01724282 |
| 1BB | | | Johnny G to Grobman email dated 5/26/17 Re: 39492-Lemare Inv for Extra Charges on Cargo Purchased from L'Onda | SWE-01934529-32 |
| 1DD | | | Johnny G to Tanne email dated 6/22/17 Subj: Mead needed and attachment | SWE-01953576 |
| 1HH | | | Corporation Records | GRD-000050130-97 |
| 1Alcon-A | | | Alcon and Tropical Mktg Distribution Agreement | GRD-000000088-160 |
| 1Alcon-B | | | Alcon pictures | GRD-000014561-77 |
| 1Alcon-C | | | 2014 Agreement | GRD-000050078-122 |
| 1Alcon-D | | | Burneo to Nabi email dated 12/12/17 Re: Contact Lens Care Order Dec 2017 | SWE-00379297-300 |
| 1Alcon-E | | | Nabi to Burneo email dated 3/22/18 Re: Meeting in Guatemala or Panama February-Tropical | SWE-00387939-51 |
| 1Alcon-F | | | Artiniano to Nabi email dated 6/13/17 Re: Rebate-Tropical Marketing (Vision Care only) and xlsx attachment | SWE-00393299-307 |
| 1Alcon-G | | | Nabi to Victoria email dated 4/918 Subj: Fwd: Distribution Agreement-Tropical Marketing (002) 3 de abril and attachment | SWE-01719716-56 |
| 1Alcon-H | | | Johnny G to Mitch email dated 5/3/18 Re: alcon | SWE-01736167 |
| 1Alcon-I | | | Johnny G to Nabi email dated 12/28/16 Re: Alcon Vision Care Business Proposal | SWE-00619601-02 |
| 1Alcon-L | | | Grobman to Nabi email dated 5/2/17 Re: Guys are you working? There are a millions things to coordinate and the office dont know what to do anymore. | SWE-01967270 |
| 1Alcon-M | | | Tropical Letter to Alcon | GRD-000050123 |
| 1Alcon-N | | | Alcon Invoices and Bill of Ladings | GRD-000049636-785 |
| 1Domino-A | | | Metzger to Justin Fielder email dated 4/5/18 Subj: FW: Exports Monitoring-Tropical Marketing and attachments | GRD-000014533-36 |
| 1Domino-D | | | Nabi to JohnnyG email dated 6/7/17 Subj: Fw: Scan Domino COA-50Lb and attachment | SWE-01941341-42 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1Domino-E | | | Johnny G to Mariam email dated 6/7/17 Subj: | SWE-01941343-44 |
| 1Domino-F | | | Johnny G to Nabi email dated 6/7/17 Re: Scan Domino COA-50Lb | SWE-01941347 |
| 1Domino-G | | | Johnny G to Nabi email dated 2/13/17 Subj: Domino Sugar | SWE-02023354 |
| 1Domino-H | | | Nabi to Johnny G email dated 2/13/17 Subj: Sugar Domino pricing 2/13/17 and xlsx attachment | SWE-02023644-45 |
| 1Domino-I | | | Haratz to Johnny G email dated 2/14/17 Re: Quotation of sugar and PAN flour | SWE-02023929-30 |
| 1Domino-J | | | Domino Invoices | GRD-000000207-546 |
| 1Domino-K | | | Domino Contract Confirmation Export Sale | GRD-000049633-35 |
| 1Domino-L | | | Domino email chain 8/17 re bills of lading | SWE-01499437-47 |
| 1Domino-M | | | Domino email chain 8/17 re scattered shipments | SWE 01501977-78 |
| 1Domino-N | | | Domino email chain 8/17 re no more details | SWE-01502004 |
| 1Domino-O | | | Domino email chain 8/17 re all went to Suriname | SWE-01506160 |
| 1Domino-P | | | Domino e-mail chain 10/17 re terminating relationship | SWE 00415570-71 |
| 1Domino-Q | | | Domino email chain 12/17 re refund | SWE 00415564-69 |
| 1Domino R | | | Domino email 12/17 re Asia tender | SWE 01367922 |
| 1Eden-A | | | Eden Invoices, PO# and bill of ladings | GRD-000049460-632 |
| 1Eden-B | | | Eden price list | GRD-000049439-45 |
| 1Eden-C | | | Potter to Hughes email dated 1/24/17 | JH-000000001 |
| 1Eden-G | | | Nabi to Potter email dated 3/17/17 Re: Eden Export Prices-Requirements and Surety | SWE-01566799-804 |
| 1Eden-H | | | Tropical Account Prospectus | GRD-000049951-70 |
| 1GM-A | | | Nabi to Import@tropical email dated 8/1/17 Re: Siemens-audit-STO Invoices 2017 | SWE-00503046-47 |
| 1GM-B | | | Mariam to Edgar email dated 2/20/18 Re: Acco For Suriname and attachment | SWE-01795789-92 |
| 1GM-C | | | Import@tropical to Kasto email dated 12/1/16 Subj: Fw: Important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment | SWE-01271820-21 |
| 1GM-D | | | Kuplack to Grobman email dated 4/918 Re: Slim Jim | SWE-01719897 |
| 1GM-E | | | Kuplack to Johnny G email dated 5/25/18 Re: Can you do Oberto? Can we start? | SWE-01700537 |
| 1GM-F | | | Nabi to Johnny G email dated 12/20/16 Re: Sha, what did you find out on Detour Bars? | SWE-01282119 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1GM-G | | | Nabi to Johnny G email dated 11/30/17 Re: proofs of export | SWE-01024792-73 |
| 1GM-H | | | Grobman to Frisone email dated 5/2/17 Subj: Goya-Coconut Water | SWE-01967431 |
| 1GM-I | | | Grobman to Frisone email dated 5/2/17 Subj: Goya-Coconut Water 24/17.6 oz | SWE-01967439-40 |
| 1GM-J | | | Nabi to Johnny G email dated 8/1/17 Re: What happened to the Libman order? A good? | SWE-00502525 |
| 1GM-K | | | Johnny G to Nabi email dated 8/4/17 Re: Demets-whats going on with this one? Did we not paid it? | SWE-00505275 |
| 1GM-L | | | Johnny G to Nabi email dated 5/8/17 Re: PO 7931 -- litte tree | SWE-00531831 |
| 1GM-M | | | Grobman to Nabi email dated 6/15/17 Re: Atkins PO 8817-Is This on its way? | SWE-00557517 |
| 1GM-N | | | Nabi to Johnny G email dated 2/7/17 Re: Detour Contact | SWE-00569128 |
| 1GM-P | | | Johnny G to Nabi email dated 11/30/16 Re: important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment | SWE-02039150-51 |
| 1GM-Q | | | Johnny G to Nabi email dated 11/30/16 Re: important notice to all export customers-Proof of shipment (Bill of Lading) needed for last shipment | SWE-02039143-44 |
| 1GM-R | | | Kuplack to Grobman email dated 11/14/16 Re: Pringles FOB MIA | SWE-02029918-19 |
| 1GM-V | | | Grobman to Nabi email dated 2/19/18 Re: Mead Acco Visiting Suriname | SWE-01795103 |
| 1GM-W | | | Grobman to Knudsen email dated 2/8/18 Re: mead | SWE-01788276 |
| 1GM-X | | | Johnny G to Kalil email dated 3/28/18 Re: Scrub Daddy | SWE-01768774-77 |
| 1GM-Y | | | Garvey to Johnny G email dated 3/27/18 Re: Slimfast Bars-nothing? | SWE-01767453 |
| 1GM-AA | | | Johnny G to Beck email dated 3/24/17 Re: questions my customer is asking on the energizer Please let me know | SWE-01998098 |
| 1Mead-A | | | Copy of List of Entries xlsx | GRD-0000050304 |
| 1Mead-B | | | Baby Formula CBP Import Documents | GRD-000035524-30 |
| 1Mead-C | | | CBP Import Documents | GRD-000035531-39 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 1Mead-E | | | CBP Custom Documents | GRD-000035571-78 |
| 1Mead-F | | | CBP Custom Documents | GRD-000035579-86 |
| 1Mead-G | | | CBP Custom Documents | GRD-000035587-92 |
| 1Mead-H | | | CBP Custom Documents | GRD-000035611-17 |
| 1Mead-J | | | CBP Custom Documents | GRD-000035629-33 |
| 1Mead-K | | | CBP Custom Documents | GRD-000035634-38 |
| 1Mead-L | | | CBP Custom Documents | GRD-000035640-43 |
| 1Mead-M | | | CBP Custom Documents | GRD-000035651-57 |
| 1Mead-N | | | CBP Custom Documents | GRD-000035658-64 |
| 1Mead-O | | | CBP Custom Documents | GRD-000035665-71 |
| 1Mead-P | | | CBP Custom Documents | GRD-000035686-90 |
| 1Mead-Q | | | CBP Custom Documents | GRD-000035691-97 |
| 1Mead-R | | | CBP Custom Documents | GRD-000035698-702 |
| 1Mead-S | | | CBP Custom Documents | GRD-000035712-18 |
| 1Mead-T | | | CBP Custom Documents | GRD-000035719-22 |
| 1Mead-U | | | CBP Custom Documents | GRD-000035783-89 |
| 1Mead-V | | | CBP Custom Documents | GRD-000035740-48 |
| 1Mead-W | | | CBP Custom Documents | GRD-000038154-83 |
| 1Mead-Z | | | Grobman to Brophy email dated 8/11/15 | GRD-000038288 |
| 1Mead-AA | | | Grobman to Doekhie email dated 7/24/13 | GRD-000038470 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1Mead-CC | | | Grobman to LeMare, Dokhie, Brophy and Tuohy email dated 7/3015 | GRD-000038564-66 |
| 1Mead-EE | | | Torres to Grobman email dated 4/25/13 and attachments | GRD-000038267-79 |
| 1Mead-II | | | Doekhie to Brophy email dated 9/4/13 and attachments | GRD-000038388-413 |
| 1Mead-JJ | | | Grobman to Brophy email dated 8/6/15 | GRD-000038420-21 |
| 1Mead-MM | | | Torres to Doekhie email dated 9/6/13 and xls attachment | GRD-000038482-83 |
| 1Mead-NN | | | Grobman to Doekhie email dated 7/31/15 | GRD-000038553-55 |
| 1Mead-OO | | | Grobman to Brophy email dated 8/15/13 | GRD-000038567-68 |
| 1MJN-1 | | | Doekhie to Grobman email dated 1/10/18 Subj: Fwd: Gypsum & Compound and xlsx attachment | SWE-01817524-25 |
| 1MJN-2 | | | Nabi to George(PRIVE) email dated 10/23/17 Subj: Inklaringsstukken Pevrar02893-4x45 Ft. | SWE-00469687-707 |
| 1MJN-3 | | | Trade Register for Tropical Marketing & Distribution N.V. | MJN_SDFL_00007706-07 |
| 1MJN-4 | | | Baby formula photos | GRD-0000050270-97 |
| 1MJN-5 | | | Campos to Grobman email dated 3/5/18 Re: J Trading LLC/Nutrisource LLC | SWE-01749291-93 |
| 1MJN-6 | | | Tropical 2007 Agreement | |
| 1MJN-7 | | | Nabi to Torres email dated 3/20/18 Re: Cargo Now at Lemare | SWE-003885018-19 |
| 1MJN-8 | | | Grobman to Campos email dated 5/21/18 Subj: Pre Settlement-3806-Please Adjust Invoices To Show This, Want to Import With Full Cost Including All of your Part From Now On and attachments | SWE-02094206-10 |
| 1MJN-9 | | | Suriname Pricing 2016-2018 | GRD-000000872 |
| 1MJN-10 | | | Nabi to Miller email dated 8/29/17 | GRD-000000592-3 |
| 1MJN-13 | | | Nabi to Johnny G email dated 5/10/18 Re: Settlement 805-Please Invoice Just the Balance of what was not invoiced via customs invoices-even thou I will wire what it says here $239,282.64 | SWE-02094061-63 |
| 1MJN-14 | | | Doekhie to Danny email dated 3/1/17 Re: please check | SWE-00584749 |
| 1MJN-15 | | | Miller to Doekhie email dated 2/22/17 Re: Will call to Discuss and attachments | SWE-00578879-84 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1MJN-16 | | | Doekhie to LeMareTransport email dated 2/10/17 Re: All going good re Nn | SWE-00570639-40 |
| 1MJN-18 | | | Torres to Nabi email dated 5/23/17 Re: 39421/3795-Wire for Profit on Enfamil | SWE-00540073-74 |
| 1MJN-22 | | | Johnny G to Nabi email dated 10/20/17 Re: Pls Pay 09-0301 PO3800 NN | SWE-00468729 |
| 1MJN-23 | | | Doekhie to LeMareTransport email dated 10/9/17 Re: Nn | SWE-00461354-55 |
| 1MJN-24 | | | Nabi to Doekhie email dated 9/15/17 Re: Enfamil Heads Up | SWE-00446608 |
| 1MJN-25 | | | Torres to Doekhie email dated 1/2/18 Re: Compound | SWE-00423842 |
| 1MJN-26 | | | Torres to Nabi email dated 12/8/17 Subj: Enfamil | SWE-00410270 |
| 1MJN-27 | | | Doekhie to LeMareTransport email dated 11/29/17 Re: Enfamil | SWE-00405096-97 |
| 1MJN-28 | | | Torres to Doekhie email dated 11/20/17 Re: Inbound Enfamil From Suriname | SWE-00399003 |
| 1MJN-30 | | | Doekhie to Danny email dated 3/20/18 Re: Joint Compound at Lemare | SWE-00385414 |
| 1MJN-37 | | | Grobman to Campos email dated 5/18/18 Subj: Revised Invoices to Import Formula for The 2 Bols-Please Acknowledge Recipts and attachments | SWE-01694535-39 |
| 1MJN-38 | | | Torres to Nabi email dated 5/22/17 Subj: 39421/3795-Wire for Profit on Enfamil and attachments | SWE-00539858-60 |
| 1MJN-39 | | | Torres to Doekhie email dated 1/13/17 Subj: Huge Isuue on Toddler Vanilla and xlsx attachments | SWE-00627303-04 |
| 1MJN-42 | | | Nabi to Grobman email dated 2/28/17 Re: Settlement 92-Please Invoice and attachment | SWE-00582839-40 |
| 1MJN-43 | | | Johnny G to Nabi email dated 2/13/17 Re: Mead Johnson-Non Gmo Skus for Suriname | SWE-00571158 |
| 1MJN-46 | | | Grobman to Mitch email dated 11/29/16 Re: 1791317 and attachment | SWE-02098993-96 |
| 1MJN-50 | | | Johnny G to Doekhie email dated 5/14/18 Re: NN 1613806, NN 2313806, NN 7723806, NN 8783806 and attachment | SWE-02094028-29 |
| 1MJN-52 | | | Doekhie to Campos email dated 5/11/18 Subj: NN 1613806, NN 2313806, NN 7723806, NN 8783806 and attachments | SWE-02094018-24 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO. 18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1MJN-53 | | | Johnny G to LeMareTransport email dated 5/4/18 Re: Enfamil Question | SWE-02093861 |
| 1MJN-54 | | | Nabi to Jhonny G email dated 5/1/16 Re: Please Pay Inv 1069-PO3806 NN | SWE-02093761-63 |
| 1MJN-55 | | | Johnny G to LeMareTransport email dated 4/30/18 Re: 40364-4Seaboard Containers Arriving 5/2/18 | SWE-02093728 |
| 1MJN-56 | | | Johnny G to LeMareTransport email dated 4/30/18 Re: 40363-Urgent 2 X Seaboard Containers Arriving 5/2/18 | SWE-02093727 |
| 1MJN-57 | | | Tuohy to Danny email dated 2/7/18 Re: Enfamil | SWE-02089664 |
| 1MJN-58 | | | Nabi to Grobman email dated 1/19/18 Re: NN to Send to TMD-There Will Be 84 Cs of Each of these 2 Items When They Get Released-We Should Send To You Correct? | SWE-02088574 |
| 1MJN-59 | | | Grobman to Danny email dated 1/19/18 Subj: Fwd: 39927-Enfamil Wr's and attachments | SWE-02088550-53 |
| 1MJN-62 | | | Mostajo to Johnny G email dated 3/24/17 Subj: Enfamil and attachment | SWE-02075663-64 |
| 1MJN-63 | | | Montajo to Johnny G email dated 3/17/17 Re: Please save it without the title and send it to me again and attachment | SWE-02075479-80 |
| 1MJN-65 | | | Nabi to Grobman email dated 12/7/16 Re: Settlement Mead 3789-Please Send Final Invoice-Will Wire You Tomorrow and attachment | SWE-02065110 |
| 1MJN-66 | | | Grobman to Mitvch email dated 12/6/16 Re: paperwork needed and attachment | SWE-02064892-94 |
| 1MJN-67 | | | Johnny G email dated 12/6/16 and attachment | SWE-02064880 |
| 1MJN-68 | | | Johnny G to Doekhie email dated 11/28/16 Re: Lot plus exp | SWE-02037286 |
| 1MJN-69 | | | Doekhie to Grobman email dated 11/28/16 Subj: Lot plus exp and attachment | SWE-02037252-55 |
| 1MJN-70 | | | Grobman to Mitch email dated 3/23/17 Subj: Mead Info Requested and attachment | SWE-01997109-11 |
| 1MJN-73 | | | Tuohy to Johnny G email dated 3/20/18 Re: Baby Formula | SWE-01759409-15 |
| 1MJN-78 | | | Johnny G to Victoriat email dated 5/2/18 Subj: NN 0703805, NN 1273805, NN 1733805, NN 2933805, NN 8003805, NN 8593805-baby formula invoices and BOLs and attachments | SWE-01734668-74 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 1MJN-80 | | | Tuohy to Campos email dated 5/1/18 Subj:   NN 0703805, NN 1273805, NN 1733805, NN 2933805, NN 8003805, NN 8593805-baby formula invoices and BOLs and attachments | SWE-001734331-37 |
| 1MJN-82 | | | Pichardo to Doekhie email dated 8/14/17 Re: MJN Soa Tropical Mktg/Distribution 14.08.2017 | MJN_SDFL_00008053 |
| 1MJN-83 | | | Ortiz to Paty email dated 7/18/16 Subj: Fw: Carca Audit Surinam Government Tender and attachments | MJN_SDFL_00008013-18 |
| 1MJN-84 | | | De la Rosa to Reyes Medina email dated 10/24/16 Subj: Re: Customer Financial Stetements Needed-Mead Johnson Nutrition USA and attachment | MJN_SDFL_00008021 |
| 1MJN-85 | | | Pichardo to Paty email dated 3/23/18 Subj: Re: Info request Caribbean Markets | MJN_SDFL_00007893-94 |
| 1MJN-86 | | | Pichardo to Paty email dated 11/14/18 Re: Suriname Scanned Documents -PO3808 as example | MJN_SDFL_00007853 |
| 1MJN-87 | | | Paty to Valverde email dated 10/23/18 Subj; Market research Suriname | MJN_SDFL_00007855 |
| 1MJN-89 | | | Nabi to Doekhie email dated 4/22/14 Subj: Carca Audit Surinam Government Tender | MJN_SDFL_00007801 |
| 1MJN-91 | | | Nabi to Paty email dated 3/15/18 Subj: Re: Suriname Workings and attachment | MJN_SDFL_00007713-19 |
| 1MJN-92 | | | Mandan to Khan email dated 4/19/18 Subj: Requested File -PO 3791 and attachments | MJN_SDFL_00007720-24 |
| 1MJN-93 | | | Matias to Paty email dated 12/5/17 Subj: Re: Enfamil Infant PWD 12.5 Oz (6Can) US-Suriname | MJN_SDFL_00007741 |
| 1MJN-94 | | | Nabi to De La Rosa email dated 10/23/17 Subj: Re: MJN SOA Tropical Mktg/Distribution 23.10.2017 | SWE-00469923 |
| 1MJN-95 | | | Khan to Nabi email dated 11/20/18 Subj: New Label Enfamil and attachments | MJN_SDFL_00007660-61 |
| 1MJN-98 | | | Khan to Soto email dated 11/20/18 Re: New Label Suriname and attachment | MJN_SDFL_00007649 |
| 1MJN-99 | | | Khan to Nabi email dated 11/20/18 Subj: Re: [External] Re: New Label Enfamil | MJN_SDFL_00007653 |
| 1MJN-100 | | | Victory Wholesale Group Purchase Orders | VWG000316-44 |
| 1MJN-101 | | | Documents from Victory Wholesale Group | VWG000251-314 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1MJN-109 | | | MJN Export Invoices 2013-2018 | GRD-000032886-33010 |
| 1MJN-110 | | | MJN Invoices from 2013 to 2018 | Various |
| 1MJN-112 | | | Tropical Marketing Distribution Agreement 2015 | MJN_SDFL_00008148-73 |
| 1STO-A | | | Sto Trade Register | GRO-000887 |
| 1STO-B | | | Nabi to Miller and Perez Rosado email dated 10/27/17 Re: Proforma invoices for Suriname November and December orders | SWE-02109945-47 |
| 1STO-C | | | Nabi to Doekhie email dated 1/6/17 Subj: check aub and attachment | SWE-01676632-36 |
| 1STO-D | | | Gamal to Iribarne email dated 5/2/17 Subj: Maxitrol -Suriname | SWE-01592224-28 |
| 1STO-E | | | Nabi to Import email dated 4/7/17 Re: Important Recall | SWE-01580610 |
| 1STO-F | | | Nabi to Gamal email dated 1/6/17 Re: Law re import of pharmaceuticals/OTC etc and attachment | SWE-01289795-802 |
| 1STO-I | | | Doekhie to Grobman email dated 3/1/18 Re: Returned | SWE-00372692-63 |
| 1STO-J | | | Grobman to Nabi email dated 2/27/18 Re: comments BD and attachment | SWE-00370737-47 |
| 1STO-K | | | Grobman to Nabi email dated 2/22/18 Re: Suriname tender office | SWE-00369107-09 |
| 1STO-L | | | Grobman to Doekhie email dated 2/22/18 Subj: Fw: Test | SWE-00368838 |
| 1STO-M | | | Grobman to Nabi email dated 2/22/18 Re: STO | SWE-00368703 |
| 1STO-N | | | Nabi to Alvin, Doekhie email dated 2/22/18 Re: concept ontwerp STO and attachment | SWE-00368313-19 |
| 1STO-O | | | Grobman to Nabi email dated 2/21/18 Subj: STO and attachment | SWE-00368015-26 |
| 1STO-P | | | Doekhie to Grobman email dated 2/21/18 Re: Suriname tender office | SWE-00368009-10 |
| 1STO-S | | | Capezzani to Nabi email dated 2/19/18 Re: Tropical Marketing-Suriname | SWE-00364364-70 |
| 1STO-T | | | Hudson to Nabi email dated 2/15/18 Re: Atkins Back Order | SWE-00362890-91 |
| 1STO-U | | | Nabi to Hudson email dated 2/6/18 Re: Invoice for PO 8387 | SWE-00357537-40 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 1STO-V | | | Nabi to Capezzani email dated 2/5/18 Re: Introduction Tropical and attachment | SWE-00356524-34 |
| 1STO-X | | | Doekhie to Nabi email dated 2/1/18 Subj: sto and attachment | SWE-00354475-76 |
| 1STO-Z | | | Nabi to Abogabir email dated 1/29/18 Re: Hanes-Tropical Marketing & Distribution NV: New PO#8496 | SWE-00352416-18 |
| 1STO-AA | | | Sanchez to Nabi email dated 1/26/18 Re: Natrol - Tropical Marketing & Distribution NV-PO#8275 | SWE-00351188-90 |
| 1STO-BB | | | Nabi to Gutierrez email dated 1/25/18 Re: Estimate of Orders for January 2018 -Tropical-AWM | SWE-00350768-71 |
| 1STO-DD | | | Nabi to Tamura email dated 1/23/18 Re: Urgent - Request Information | SWE-00348862-63 |
| 1STO-GG | | | Doekhie to Grobman email dated 6/12/18 Re: Sto office we will rent | SWE-01716116-17 |
| 1STO-II | | | Doekhie to Grobman email dated 6/12/18 Re: Sto office we will rent | SWE-01716027-28 |
| 1STO-KK | | | Doekhie to Grobman email dated 6/11/18 Re: Sto office we will rent and attachments | SWE-01714958-66 |
| 1STO-LL | | | Nabi to Grobman email dated 2/27/18 Re: Suriname tender office | SWE-00370522-24 |
| 1STO-MM | | | Nabi to Johnny G email dated 2/2/18 Re: Natrol-Negotiated Pricing | SWE-00355354-55 |
| 1STO-NN | | | Nabi to Johnny G email dated 1/23/18 Re: Gumout Need Good Price to do Volume | SWE-00348752 |
| 1STO-OO | | | Johnny G to Nabi email dated 11/1/17 Re: Mead Acco-Please Quote Best Prices-tell Them It's a New Proforma for Tender? | SWE-01877978-79 |
| 1STO-PP | | | Nabi to Johnny G email dated 12/18/17 Re: PO Newmont002-Nature's Bounty-Tropical Marketing & Distribution NV New PO#Newmont-002 | SWE-01803795-97 |
| 2B | | | Johnny G to Nabi email dated 2/1/2017 re: PO 7749 -Eden Food | SWE-00566350-51 |
| 2C | | | Nabi to Rickmon email dated 2/3/2017 re: Grey Market Avoidance/Proof Necessary | SWE-00567328-30 |
| 2D | | | Import to Rickmon email dated 2/6/2017 re: EDENFOODS-Tropical Marketing & Distribution NV-BOL 7599/7635A/7635B/7672/7549 and attachments | SWE-00567966-70 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 2F | | | Nabi to Potter email dated 2/8/2017 re: EDENFOODS-Tropical Marketing & Distribution NV-BOL 7599/7635A/7635B/7672/7549 | SWE-00569429-30 |
| 2H | | | Nabi to Grobman email dated 2/13/2017 Re: MT Olive | SWE-00571844-48 |
| 2M | | | Nabi to Mahadew email dated 2/15/2017 re: Eden Export Prices-Requirements ans Surety & attachment Tropical Marketing Export Prices letter | SWE-01626289-90 |
| 2N | | | Nabi to Johnnyg email dated 3/31/2017 re: Eden Export Prices-Afidavit of Qualification & attachments | SWE-02002196-98 |
| 2P | | | Nabi to Grobman email dated 4/5/2017 re: Eden Export Prices-Affidavit of Qualification | SWE-02004050 |
| 2R | | | Nabi to Doekhie email dated 2/15/2017 re: Eden Export Prices-Requirements and Surety | SWE-02024834-35 |
| 3A | | | PO 3792 | GRD-00049073 |
| 3B | | | Johnny G to Nabi email dated 2/15/2017 re: NN3792 | SWE-00573995 |
| 3C | | | Nabi to George (PRIVE) email dated 2/23/2017 re: PEVPAR02067 Clearance Documents - 4x45 Ft Container and attachments | SWE-00579522-34 |
| 3D | | | Torres to Nabi email dated 2/15/2017 re: 39212/3792-Lemare Final Doc's for Enfamil and attachments | SWE-00573408-12 |
| 3E | | | Torres to Nabi email dated 2/15/2017 re: 39212/ 3792-Enfamil Container Info & Pics and attachments | SWE-01626024-36 |
| 3L | | | Tropical Invoice 01-0033F | SWE-00582840 |
| 4E | | | PO 3796 | GRD-00049144-55 |
| 4F | | | Torres to Doekhie email dated 6/22/17 re: 39536-Enfamil Individual Container Info and attachments | SWE-00479922-32 |
| 4G | | | Torres to Doekhie email dated 6/22/17 re: 39536 / 3796 Enfamil Mail Doc's and attachments | SWE-00479937-41 |
| 4H | | | Nabi to George (PRIVE) email dated 6/29/17 re: Inklaringsstukken pevpar02477-4 x 45FT and attachments | SWE-00484148-60 |
| 5A | | | Nabi to Torres email dated 8/11/17 re: Domino-Tropical Marketing & Distribution NV PO# 39645 A&B - Payment | SWE-00509090-94 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 5B | | | Bill of Lading PEVPAR02440 | GRD-000014534-36 |
| 5D | | | Nabi to Torres email dated 5/3/17 Re: Visit to Lemare Warehouse | SWE-00528677-78 |
| 5E | | | Torres to Nabi email dated 1/26/17 Re: Domino product needed for Suriname | SWE-00562153 |
| 6B | | | PO# 3798 | GRD-00049171-85 |
| 6C | | | Torres to Dokhie email dated 8/16/17 re: 39678/3798-Enfamil Load Sheets and attachments | SWE-00512142-53 |
| 6D | | | Nabi to Grobman email dated 9/27/17 re: PLS PAY 09-0300 PO 3798-3799 NN and attachment | SWE-00454895-96 |
| 6F | | | AES | GRD-000032504-47 |
| 6G | | | Tropical Mktg PO# 3798/2017 | GRD-000032503 |
| 6H | | | Tuohy to Nabi email dated 5/15/18 re: Revised invoice 3798-99 | SWE-01744942-43 |
| 6I | | | Tropical Mktg invoice 09-300 9/15/17 | SWE-00454896 |
| 6J | | | Nabi to Grobman email dated 9/27/17 re: PLS PAY 09-0300 PO 3798-3799 NN and attachment | SWE-00454895-96 |
| 6K | | | Doekhie to Danny Le Mare email dated 8/16/17 re: If you received this please call me. 3055281425 and attachment | SWE-00512463-65 |
| 6L | | | Torres to Doekhie email dated 8/16/17 re: 39678/3798- Enfamil Load Sheets and Attachments | SWE-00512142-53 |
| 6M | | | Torres to Doekhie email dated 8/16/17 re: Nn | SWE-00512091 |
| 7A | | | Entry# AV3-0046533-1 dated 12/1/17 | GRD-000028977-92 |
| 7B | | | Entry# AV3-0046534-9 dated 12/4/17 | GRD-000028993-98 |
| 7C | | | Entry# AV3-0046534-9 dated 12/4/17 | GRD-000028999-04 |
| 7D | | | Entry# AV3-0046534-9 dated 12/4/17 | GRD-000029005-10 |
| 7E | | | Entry# AV3-0046534-9 dated 12/4/17 | GRD-000029011-18 |
| 7F | | | Entry# AV3-0046534-9 dated 12/4/17 | GRD-000029019-25 |
| 7G | | | Entry# AV3-0046535-6 dated 12/5/17 | GRD-000029026-34 |
| 7H | | | Entry# AV3-0046535-6 dated 12/5/17 | GRD-000029035-43 |
| 7I | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029044-50 |
| 7J | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029051-58 |
| 7K | | | Entry# AV3-0046536-4 dated 12/5/17 | GRD-000029059-62 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

### GOVERNMENT EXHIBIT LIST

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 7L | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029063-84 |
| 7M | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029085-99 |
| 7N | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029100-07 |
| 7O | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029108-15 |
| 7P | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029116-25 |
| 7Q | | | Entry# AV3-0046536-4 dated 12/6/17 | GRD-000029126-37 |
| 7R | | | Entry# AV3-0046537-2 dated 12/4/17 | GRD-000029138-54 |
| 7S | | | Tropical Mktg PO#  3799/2017 | GRD-000032331 |
| 7U | | | AES Response and PO# 3799/2017 docs | GRD-000032334-56 |
| 7V | | | Mead Johnson Invoice # 94149543 for PO# 3799 / 17 | GRD-000032357-58 |
| 7W | | | Mead Johnson PO# 3799/2017 Order Acknowledgement | GRD-000032359 |
| 7X | | | Sean Brophy Entry #AV3-0046533-1 | GRD-000038169-71 |
| 7Y | | | MJN Certificates of  Analysis P0#3799 and Export Certificates P0#3799 | SWE-00397799-824 |
| 7Z | | | Johnny G to Nabi email dated 11/17/17 re: Certificaten 3799 | SWE-00397981 |
| 7AA | | | Torres to Nabi email dated 9/22/17 Re: 39790/3799 Lemare Inv and Doc's for 5X Enfamil Containers Sailing 9/28/17 Via King Ocean and attachments | SWE-00452034-40 |
| 7CC | | | Torres to Doekhie email dated 11/20/17 re: Inbound Enfamil from Suriname | SWE-00399003 |
| 7EE | | | Miller to Doekhie email dated 9/25/17 Subj: Final Documents and attachment | SWE-00452975-3011 |
| 7FF | | | Nabi to Grobman email dated 9/27/17 Subj: Pls Pay 09-0300 PO3798-3799 NN and attachment | SWE-00454895-96 |
| 7GG | | | PO # 3799 | MJN_SDFL_00007397 |
| 7II | | | Grobman to Nabi email dated 9/28/17 Subj: Tropical Adv Pmt on Mead Inv09-300-98/99 Please Registar | SWE-00455686 |
| 7JJ | | | Doekhie to allfreightbroker email dated 2/23/17 Subj: Modified bol (bill of lading) and attachment | SWE-0058074-76 |
| 7LL | | | Nabi to George (Prive) email dated 10/6/17 Subj: Inklaringsstukken Pevpar02840 5X5 Container and attachments | SWE-00460193-200 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 7NN | | | Allfreightbroker to Doekhie email dated 10/24/17 Subj: IR PEVPEAR 02893 and attachment | SWE-00685350-51 |
| 7PP | | | Grobman to Danny Le Mare email dated 2/13/18 Subj: Re 39943-1 Lemare Inv for: Storage of 5 Enfamil Containers PO 3799 Received on Nov 17, 2017 and Released on Jan 22, 2018 | SWE-01791272-73 |
| 7QQ | | | Doekhie to Brophy email dated 10/16/17 Sub: NN 4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 and attachments | SWE-01865606-16 |
| 7RR | | | Johnny G to Brophy Re: NN 4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 | SWE-01865712 |
| 7SS | | | Torres to Johnny G email dated 11/2/17 Re: 39882 - Lemare Inv & WR# W3602 All Freight Services to Jtrading 666 Ctns on 10 Plts Opti-Free | SWE-01878370 |
| 7UU | | | Tuohy to Brophy email dated 11/9/17 Re: SBG/00251/MIA. SML Arrival Notice | SWE-02086286 |
| 7VV | | | Auto-notify to Victoriat email dated 11/15/17 Subj: Invoice-0046536, CR# 9593799 and attachment | SWE-02086460-65 |
| 7WW | | | Torres to Johnny G email dated 11/17/17 re: Inbound Enfamil from Suriname | SWE-02086685 |
| 7ZZ | | | Grobman to Danny Le Mare email dated 1/19/18 Re: 39927-Enfamil WR's | SWE-02088560 |
| 7AAA | | | Johnny G to Nabi email dated 5/1/18 Subj: Fwd: NN4083799, NN 4513799, NN 5933799, NN 6323799, NN 9593799 and attachments | SWE-02093765-70 |
| 8A | | | Grobman to Goodson email dated 4/12/18 Re: Alcon Systane in Stock-Printed with "Institutional" Word-Let me Know and attachments | SWE-01721633-40 |
| 8C | | | Doekhie to Johnny G email dated 3/23/18  re: Alcon Systane in Stock-Printed with "Institutional" Word-Let me Know what we will do | SWE-01765311 |
| 8D | | | Johnny G to Murtha email dates 3/23/18 Re: PO#6079 | SWE-01765457-59 |
| 8X | | | Johnny G to Grobman email dated 3/26/18 Re: Alcon Systane in StockPrinted with "Institutional" Word-Let me Know | SWE-01766808-11 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 9A | | | Doekhie to Johnny G email dated 3/23/18 Re: Alcon Systane Imported-Printed with "Institutional" Word-Let me know what we will do | SWE-01765311-12 |
| 10A | | | Summary Chart | |
| 10B-1 | | | BOA Acct 4800 Sign Card | GRD-000018743 |
| 10B-2 | | | BOA Acct 4800- Aug 2014 Stmt | GRD_SUP-000003029-34 |
| 10B-3 | | | BOA Acct 4800- Sep 2014 Stmt | GRD_SUP-000003035-40 |
| 10C-1 | | | BOA Acct 3375- Sign Card | GRD-000018750 |
| 10C-2 | | | BOA Acct 3375- Aug 2014 Stmt | GRD_SUP-000000930-41 |
| 10C-3 | | | BOA Acct 3375- Sep 2014 Stmt | GRD_SUP-000000942-55 |
| 10C-4 | | | BOA Acct 3375- Oct 2014 Stmt | GRD_SUP-000000956-69 |
| 10D-1 | | | UBS Acct 9121 Sign Card | GRD-000010301-08 |
| 10D-2 | | | UBS Acct 9121- Oct 2014 Wire Transfer | GRD-000005722 |
| 11A | | | Summary Chart | |
| 11B | | | BOA Acct 4800- Aug 2015 Stmt | GRD_SUP-000003117-28 |
| 11C | | | BOA Acct 3375- Aug 2015 Stmt | GRD_SUP-000001094-1107 |
| 11D | | | UBS Acct 9123- Jun 2016 Stmt | GRD-000011148-53 |
| 11E | | | | GRD-000003538 |
| 12A | | | Summary Chart | |
| 12B-2 | | | BOA Acct 0268- Jan 2016 Stmt | GRD_SUP-000004321-24 |
| 12B-3 | | | Summary Chart | |
| 12C-1 | | | BOA Acct 9463 Sign Card | GRD-000018739-40 |
| 12C-2 | | | BOA Acct 9463- Jan 2016 Stmt | GRD_SUP-000003913-16 |
| 12D-1 | | | BOA Acct 9476 Sign Card | GRD-000018737-38 |
| 12D-2 | | | BOA Acct 9476- Jan 2016 Stmt | GRD-_SUP-000004116-19 |
| 12E | | | BOA Acct 3375- Jan 2016 Stmt. | GRD-_SUP-000001156-69 |
| 12F | | | | GRD-000003538 |
| 12G | | | UBS Acct 9122- Jun 2016 Stmt | GRD-000010862-71 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO. 18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 12H | | | Enfamil invoice 9159 | GRD-000035336-7 |
| 12I | | | Enfamil Invoice 9159-revised | GRD-000035334-5 |
| 12J | | | Invoice 9128 Enfamil J1056 | GRD-000035137-8 |
| 12K | | | Invoice 9129 Enfamil J1057 | GRD-000035139-40 |
| 12L | | | Invoice 9167 - Enfamil | GRD-000035141-2 |
| 12M | | | Re: Invoice 9129 - Enfamil J1057 | GRD-000035281-2 |
| 13A | | | Summary Chart | |
| 13B | | | BOA Acct 0268- Jan 2017 Stmt. | GRD_SUP-000004371-74 |
| 13C | | | BOA Acct 9476- Jan 2017 Stmt | GRD_SUP-000004166-69 |
| 13D | | | Invoice 10021 10022 10023 10024 | GRD-000035036-40 |
| 14A | | | BOA Acct 3375- Aug 2013 Stmt | GRD_SUP-000000768-81 |
| 14B | | | BOA Acct 3375- Jul 2013 Stmt | GRD_SUP-000000756-67 |
| 14C | | | BOA Acct 3375- Sep 2013 Stmt | GRD_SUP-000000782-93 |
| 14D | | | BOA Acct 3375- Sign Card. | GRD-000018750 |
| 14E | | | BOA Acct 3836- Mar 2015 Stmt | GRD-000021356-67 |
| 14F | | | BOA Acct 3836- Apr 2015 Stmt and Checks | GRD-000021388-99 |
| 14G | | | BOA Acct 3836- Dec 2016 Stmt | GRD-000023350-63 |
| 14H | | | BOA Acct 4800- Jul 2013 Stmt | GRD_SUP-000002941-46 |
| 14I | | | BOA Acct 4800- Aug 2013 Stmt | GRD_SUP-000002947-52 |
| 14J | | | BOA Acct 4800- Sep 2013 Stmt | GRD_SUP-000002953-60 |
| 14K | | | BOA Acct 4800 Sign Card | GRD-000018743 |
| 14L | | | BOA Loan Application for 100 Golden Beach Dr | GRD-000019398-9401 |
| 14M | | | HUD-1 Settlement Statement - 100 Golden Beach Drive- Sep 2013 | GRD-000014129-31 |
| 14N | | | 100 Golden Beach Dr Mar 2015 Loan Stmt | GRD-000014409-10 |
| 14O | | | 100 Golden Beach Dr April 2015 Loan Stmt | GRD-000014411-2 |
| 14P | | | 100 Golden Beach Dr Aug 2015 Loan Stmt | GRD-000014419-20 |
| 14Q | | | 100 Golden Beach Dr Feb 2017 Loan Stmt | GRD-000014453-4 |
| 14R | | | 100 Golden Beach Dr UBS Payoff Wire | |
| 14S | | | 2017 Form 1098 for 100 Golden Beach Dr | GRD-000014467-8 |
| 15A | | | Summary Chart | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 15B | | | BOA Acct 0268- Jun 2017 Stmt | GRD_SUP-000004391-96 |
| 15C | | | BOA Acct 9463- Jun 2017 Stmt | GRD_SUP-000003983-90 |
| 15D | | | Invoice 10497 and 10498---Enfamil | GRD-000035062-3 |
| 16A | | | Summary Chart | |
| 16B | | | BOA Acct 0268- Jun 2017 Stmt | GRD_SUP-000004391-96 |
| 16C | | | BOA Acct 9463- Jun 2017 Stmt | GRD_SUP-000003983-90 |
| 16D | | | BOA Acct 3375- Jun 2017 Stmt | GRD_SUP-000001372-87 |
| 16E - 1 | | | UBS Acct 3918 Sign Card and Opening Docs | GRD-000007983-97 |
| 16E - 2 | | | UBS Acct 3918 - June 2017 Wire Transfer | GRD-000005721 |
| 16F | | | Invoice 10497 and 10498---Enfamil | GRD-000035062-3 |
| 17 | | | Summary Chart | |
| 17A | | | BOA Acct 3836- Jul 2017 Stmt | GRD-000022741-50 |
| 17B | | | Merrill Acct 3274- Aug 2017 Stmt | GRD-000021026-45 |
| 17C | | | Merrill Acct 3274 Sign Card | GRD-000020504-5 |
| 17D | | | UBS Acct 6052- Jul 2017 | GRD-000010314-16 |
| 18A | | | Summary chart | |
| 18B | | | BOA Acct 0268- Oct 2017 Stmt | GRD_SUP-000004411-14 |
| 18C | | | BOA Acct 9463- Oct 2017 Stmt | GRD_SUP-000004003-6 |
| 18D | | | BOA Acct 9476- Oct 2017 Stmt | GRD_SUP-000004202-5 |
| 18E - 1 | | | Regions Acct 2316 Sign Card | GRD-000002008-9 |
| 18E - 2 | | | Regions Acct 2316- Oct 2017 Stmt | GRD-000002486-89 |
| 18F - 1 | | | BOA Acct 9650 Sign Card | GRD-000019492 |
| 18F - 2 | | | BOA Acct 9650- Oct 2017 Stmt | GRD-000017470-73 |
| 18G | | | Mostajo to Tannco email dated 10/16/17 re: invoices 10878 10879 and 10880 | GRD-000035197-200 |
| 18H | | | Touhy to Grobman email dated | GRD-000035364-65 |
| 19A | | | Summary Chart | |
| 19B | | | BOA Acct 9650- Oct 2017 Stmt | GRD-000017470-73 |
| 20A | | | Summary chart | |
| 20B | | | BOA Acct 0268- Nov 2017 Stmt | GRD_SUP-000004415-18 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 20C | | | BOA Acct 9476- Nov 2017 Stmt | GRD_SUP-000004206-11 |
| 20D | | | BOA Acct 9463- Nov 2017 Stmt | GRD_SUP-000004007-12 |
| 20E | | | BOA Acct 3375- Nov 2017 Stmt | GRD_SUP-000001438-49 |
| 20F | | | BOA Acct 3836- Nov 2017 Stmt | GRD-000023899-908 |
| 22A | | | PO # 3791 | MJN_SDFL_00007269 |
| 22B | | | Mead Johnson Invoice 93737362 dated 2017-01-06 - PO# PO-3791 | GRD-000000797-99 |
| 22E | | | A.E.S. Response | GRD-000032035-55 |
| 22G | | | Mead Johnson Invoice 93779786 dated 30-01-2017 - PO# PO-3791 | GRD-000032058 |
| 22H | | | Mead Johnson Order Acknowledgement PO# 3791 | GRD-000032059 |
| 22O | | | Torres to Doekhie email dated 1/13/17 Subj: 39123/3791 Enfamil Container Docs and attachments | SWE-00626976-84 |
| 22P | | | Doekhie to Danny Le Mare email dated 1/13/17 Re: 39123/3791 Enfamil Container Docs | SWE-00627059 |
| 23A | | | PO #3792 | MJN_SDFL_00007284-98 |
| 23C | | | A.E.S. Report | GRD-000032061-85 |
| 23E | | | Mead Johnson Export Invoice 93794269 dated 08-02-2017 PO-3792 | GRD-000032088-89 |
| 23F | | | Mead Johnson Order Acknowledgement PO# 3792 | GRD-000032090 |
| 23G | | | Nabi to JohnnyG email dated 1/29/17 Subj: Pls Pay 01-0033 PO3792 NN and attachment | SWE-00563674-75 |
| 23H | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Enfamil Container Info & Pics and attachments | SWE-00573366-78 |
| 23I | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Lemare Final Doc's for Enfamil and attachments | SWE-00573408-12 |
| 23J | | | Johnny G to Nabi email dated 2/15/17 Re: NN3792 | SWE-00573995 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 23K | | | Nabi to Grobman email dated 2/28/17 Re: Settlement 92 - Please Invoice and attachment | SWE-00582839-40 |
| 24A | | | PO# 3793 | MJN_SDFL_00007299-7310 |
| 24E | | | Mead Johnson Export Invoice 93852017 dated 16-03-2017 PO# 3793A/2017 | GRD-000032122-23 |
| 24H | | | A.E.S. Response | GRD-000032126-46 |
| 24K | | | Mead Johnson Order Acknowledgement - PO# 3793 | GRD-000032151 |
| 24L | | | Torres to Doekhie email dated 2/22/17 Subj: Sheetrock at Lemare | SWE-00578690 |
| 24M | | | Nabi to Torres email dated 3/15/17 Re: Enfamil PO 3793 at Lemare | SWE-00896233-34 |
| 24N | | | Nabi to Johnny G email dated 3/6/17 Subj: Pls Pay 03-0088 PO3793 NN and attachment | SWE-01987365-66 |
| 25 | | | Mead Johnson invoice 93843071 dated 2017-03-14 PO# 3793A/2017 | GRD-000000806-808 |
| 25A | | | PO # 3793-A | MJN-SDFL-00007311 |
| 25C | | | Torres to Nabi email dated 3/3/17 Subj: 39270-3793A Enfamil Wire and attachments | SWE-00585990-92 |
| 25D | | | Nabi to George (Prive) email dated 4/1/17 Subj: Inklaringsstukken Pevpar02160 - 4x45Ft and attachments | SWE-00603860-72 |
| 26A | | | PO # 3794 - April Order Revised | MJN-SDFL_00007325-38 |
| 26D | | | A.E.S. Report | GRD-000032153-74 |
| 26F | | | Mead Johnson Export Invoice 93887704 dated 06-04-2017 PO# 3794/2017 | GRD-000032177-78 |
| 26H | | | Mead Johnson Order Acknowledgement PO# 3794 | GRD-000032180 |
| 26I | | | Nabi to George (PRIVATE) email dated 4/22/17 Subj: PEVPAR02232 Clearance Documents - 4x45ft containers and attachments | SWE-00523786-96 |
| 26J | | | Nabi to George (PRIVATE) email dated 4/22/17 Subj: PEVPAR02232 Clearance Documents - 4x45ft containers and attachments | SWE-00825826-36 |
| 27A | | | PO # 3795/17 | MJN_SDFL_00007339-54 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---------|--------------|----------|-------------|-------------|
| 27D | | | A.E.S. Report | GRD-000032182-209 |
| 27F | | | Mead Johnson Export Invoice 93943393 dated 11-05-2017 PO# 3795/2017 | GRD-000032212-13 |
| 27G | | | Mead Johnson Order Acknowledgement - PO# 3795 - Dated Apr-17 | GRD-000032214 |
| 28 | | | Mead Johnson invoice 93980520 dated 2017-06-12 PO# 3796/2017 | GRD-000000819-21 |
| 28A | | | PO # 3796 | MJN_SDFL_00007355-66 |
| 28F | | | Nabi to George (PRIVE) email dated 6/29/17 Subj: Pevpar02477 Clearance Documents - 4x45 ft and attachments | SWE-00484148-60 |
| 29A | | | PO #3797 | MJN_SDFL_00007367-81 |
| 29D | | | A.E.S. Response | GRD-000032242-75 |
| 29F | | | Mead Johnson Export Invoice 94045264 dated 14-07-2017 PO# 3797/2017 | GRD-000032278-79 |
| 29G | | | Mead Johnson Order Acknowledgement PO# 3797 dated Jun-17 | GRD-000032280 |
| 29I | | | Torres to Doekhie email dated 7/24/17 Subj: 39623/3797 - Enfamil Container Doc's and attachments | SWE-00498154-61 |
| 29J | | | Torres to Doekhie email dated 7/24/17 Subj: 39623/3797 - Balance of Enfamil Container Doc's and attachments | SWE-00498185-92 |
| 29L | | | Grobman to Doekhie email dated 7/25/17 Subj: Tropical - 2nd Adv Mead Inv07-0225 PO3797 NN **Please Register 2nd Payment - $600K up Till Now** | SWE-01922472-73 |
| 30B | | | Bill of lading 2-16-17 | SWE-00578755-56 |
| 30I | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Enfamil Container Info & Pics and attachments | SWE-00573366-78 |
| 30J | | | Le Mare Transportation Pick up Order dated 2/13/17 | SWE-00573367 |
| 30K | | | Torres to Nabi email dated 2/15/17 Subj: 39212/3792-Lemare Final Doc's for Enfamil and attachments | SWE-00573408-12 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF FLORIDA

CASE NO.  18-20989-CR-RKA(s)

UNITED STATES OF AMERICA

v.

RAOUL DOEKHIE, ET. AL.

**GOVERNMENT EXHIBIT LIST**

| EXHIBIT | Date Offered | Admitted | DESCRIPTION | BATES RANGE |
|---|---|---|---|---|
| 30L | | | Johnny G to Nabi email dated 2/15/17 Re: NN3792 | SWE-00573995 |
| 30M | | | Nabi to George (PRIVATE) email dated 2/23/17 Subj: Clearance Documents Pevpar02067- 4x45Ft and attachments | SWE-00579522-34 |
| 30O | | | Nabi to Johnny G email dated 2/14/17 Subj: Fwd: NN3792 and attachment | SWE-02024238-39 |
| 30P | | | PO # 3792 | GRD-00049073 |
| 30Q | | | Certified copy of AES filing | GRD-000050124-25 |
| 31C | | | Torres and Doekhie email dated 6/22/17 Subj: 39536-Enfamil-Individual Container Info and attachments | SWE-00479922-32 |
| 31D | | | Torres to Doekhie email dated 6/22/17 Subj: 39536/3796-Enfamil Mail Doc's and attachments | SWE-00479937-41 |
| 31E | | | Nabi to George (PRIVATE) email dated 6/29/17 Subj: Pevpar02477 Clearance Documents- 4x45Ft and attachments | SWE-00484148-60 |
| 31H | | | J Trading Invoice 39536003 dated 16-Jun-17 | SWE-00484151 |
| 31I | | | King Ocean Bill of Lading | SWE-00484159-60 |
| 31M | | | J Trading Invoice 39536004 dated 16-Jun-17 | SWE-00484152 |
| 31N | | | J Trading Invoice 39536002 dated 16-Jun-17 | SWE-00484150 |
| 31O | | | J Trading Invoice 39536001 dated 16-Jun-17 | SWE-00484149 |
| 31Q | | | PO#3797 | GRD-00049156-70 |
| 31R | | | Certified copy of AES filing | GRD-000050126-27 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |