UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-20989-CR-Altman

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JOHNNY GROBMAN, et. al.,

    Defendant.
_____/

## DEFENDANTS' ADMITTED TRIAL EXHIBITS

Defendants, RAOUL DOEKHIE, SHERIDA NABI and JOHNNY GROBMAN ("Defendants"), by and through their undersigned counsel, hereby file their list of Admitted Trial Exhibits.

| Defs' Exhibit No.: | Description |
|---|---|
| D-001 | 2008-2018 Alcon POs/Invoices |
| D-006 | Letter from Alcon re: purchase from Nestle 08/26/2010 |
| D-014 | Domino Invoices 2010-2017 |
| D-021 | Edens POs/Invoices 2015-2017 |
| D-103 | 2008-2013 Mead Johnson Invoices |
| D-200 | Email from Douane Suriname re: Invoice Request Tropical Marketing and Distribution 3/30/17 (w/attachments) |
| D-206 | Email from Anthony Paty to Leslie Pichardo re: MJN SOA Mktg./Distribution 02.05.2017 - Cash Discount Unearned (w/attachments) |
| D-251 | Email from Leslie Pichardo re: Business Review Suggested Flow- Price Topic 4/19/18 |
| D-259 | Email from Daniel Leguizamon re: Slide Label Impact Caribbean.pptx 8/28/18 (w/attachments) |

51941310;1

| Defs' Exhibit No.: | Description |
|---|---|
| D-294 | Mead Johnson's Export Trade Market_March 2018 Powerpoint presentation |
| D-303 | Cans of powdered baby formula |
| D-305 | Email from Sammy Bowen to: Candice Khan re: Cheat Sheet 2018 - 01/18/2018 (w/attachments) |
| D-306 | Edgar Torres' Plea Agreement dated 06/24/2019 |
| D-310 | Certified Copy of Judgment against Edgar Torres in Case No.: 93CR-00572 |
| D-311 | Letter from US Department of Justice re: agreement with Edgar Torres dated 4/22/19 |

Dated:  February 12, 2020                            Respectfully submitted,

**LAW OFFICES OF BARRY M. WAX**
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Telephone: (305) 373-4400

By: */s/ Barry M. Wax*
    BARRY M. WAX
    Florida Bar No. 509485
    barry@barrywax.com

*Counsel for Defendant Raoul Doekhie*

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone:  (305) 374-5600

By: */s/ Ilana Gorenstein Tabacinic*
    JACQUELINE M. ARANGO
    Florida Bar No. 664162
    jacqueline.arango@akerman.com
    ILANA GORENSTEIN TABACINIC
    Florida Bar No. 57597
    ilana.gorenstein@akerman.com

*Co-Counsel for Defendant Johnny Grobman*

**PUGLISI LAW**
Courthouse Center
40 N.W. 3rd Street - Penthouse One
Miami, FL 33128
Telephone: (305) 403-8063
Facsimile: (305) 379-6668

By: */s/ Sabrina Vora-Puglisi*
    SABRINA VORA-PUGLISI
    Florida Bar No. 0324360
    sabrina@puglisilawfirm.com

*Counsel for Defendant Sherida Nabi*

51941310;1

2