UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20989-CR-ALTMAN/Goodman

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

v.

**RAOUL DOEKHIE,** *et al.*,

    *Defendants.*

_____/

## ORDER

On May 19, 2022, the Court sentenced the Defendants. *See* Minutes Entry [ECF No. 578]. During the sentencing, the parties told the Court that they're continuing to negotiate the amount of restitution to be paid by the Defendants in this case. Being fully advised, and as stated on the record during the sentencing, the Court hereby **ORDERS and ADJUDGES** as follows:

1. By **May 27, 2022**, the parties shall file on the docket a Joint Stipulation as to the restitution amount.

2. If the parties fail to stipulate to a restitution amount, then the Court will determine that amount at a hearing in August of 2022.

**DONE AND ORDERED** in Miami, Florida, this 20th day of May 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record